THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
THE LONG ISLAND RAILROAD COMPANY, Respondent.

*People* v. *Long Island R. R. Co.*, 149 App. Div. 765, affirmed.
(Argued March 18, 1913; decided April 1, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 4, 1912, reversing a judgment in favor of plaintiff
entered upon a verdict and granting a new trial in an

action to recover cumulative penalties for violation of section 228 of the Forest, Fish and Game Law.

*Charles M. Stafford* for appellant.

*James W. Treadwell, Timothy M. Griffing* and *Joseph F. Keany* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ. Absent: GRAY, J.